UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2871
_____

PHILIP GOTTHELF, on behalf of himself and all others similarly situated; NATHAN GUEDALIA, on behalf of himself and all others similarly situated,
Appellants

v.

TOYOTA MOTOR SALES, U.S.A., INC., a California corporation authorized to do business in New Jersey; TOYOTA MOTOR NORTH AMERICA, INC., a California corporation authorized to do business in New York; TOYOTA MOTOR CORPORATION, a Japanese corporation
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
(D.C. Civ. Action No. 2-10-cv-04429)
District Judge: Honorable Jose L. Linares
_____

Submitted Under Third Circuit LAR 34.1(a)
March 18, 2013
_____

Before: SMITH, GREENAWAY, JR., and VAN ANTWERPEN, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on March 18, 2013. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on May 3, 2012 is hereby AFFIRMED.  Costs to be taxed to the Appellants.  All of the above in accordance with the Opinion of this Court.

          ATTEST:

          /s/ Marcia M. Waldron
          Clerk

Dated: May 21, 2013